IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:88CR33 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY ALEXANDER, | ) | ORDER GRANTING CONTINUANCE OF |
| | ) | REVOCATION HEARING |
| Defendants. | ) | |
| | ) | |

Due to the hazardous road conditions between Omaha, Nebraska, where the defendant resides and Lincoln, Nebraska, the site of the revocation hearing, counsel for the defendant has orally moved to continue the revocation hearing. The government having no objection to the continuance,

IT IS THEREFORE ORDERED that:

1. the revocation hearing is continued to January 19, 2011, at 3:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

2. all conditions of Mr. Alexander's supervised release shall remain in force and effect; and

3. the defendant shall be present at the hearing

Dated January 10, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge