IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:88CR33 |
| Plaintiff, ) | |
| ) | ORDER ON UNOPPOSED MOTION TO |
| v. ) | REVIEW DETENTION AND REQUEST |
| ) | FOR HEARING AND PETITION FOR |
| ANTHONY ALEXANDER, ) | WARRANT OR SUMMONS FOR |
| ) | OFFENDER UNDER SUPERVISION |
| Defendants. ) | |
| ) | |

As a result of a hearing today,

IT IS ORDERED that:

1. the oral motion of the United States for dismissal without prejudice of the Petition for Warrant or Summons for Offender Under Supervision, filing 755, is granted without prejudice; and

2. the Unopposed Motion to Review Detention and Request for Hearing, filing 770, reasserted orally at the hearing, is granted in this respect:

    the conditions of supervised release contained in the Judgment of February 8, 1990, are amended by adding the following. "The defendant shall attend and satisfactorily complete a rehabilitation program that has been approved by the probation officer in consultation with a State Coalition Against Domestic Violence or other appropriate experts."

Other than that, the conditions of supervised release remain the same.

Dated January 19, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge